IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRAVELL RICHARD,<br><br>　　　　　Defendant. | **8:25CR150**<br><br><br>**ORDER** |

Before the Court is non-party Garyelle Richard's Request for Transcript (Filing No. 34) of the sentencing hearing held January 9, 2026.

IT IS ORDERED:

1.　The Request for Transcript (Filing No. 34) is granted.

2.　Garyelle Richard must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Garyelle Richard will be responsible for that transcript cost.

3.　The Clerk's Office is directed to mail a copy of this order to Garyelle Richard at 4006 Kansas Avenue, Omaha, Nebraska 68111.

4.　The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 11th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge