IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAVELL RICHARD,

Defendant.

**8:25CR150**

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 40). The Court has carefully reviewed the record in this case and finds as follows:

1. On June 25, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 38) forfeiting defendant Travell Richard's interest in "any firearms and ammunition involved in the commission of the offense" including a 9mm Taurus Handgun, serial number ADC085229, and 15 rounds of ammunition.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 26, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 39) was filed herein on August 27, 2026.

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 40) is granted.

2. All right, title and interest in and to the 9mm Taurus Handgun, serial number ADC085229, and 15 rounds of ammunition, held by any person or entity are forever barred and foreclosed.

3. The 9mm Taurus Handgun, serial number ADC085229, and 15 rounds of ammunition are forfeited to the government.

4. The government is directed to dispose of the 9mm Taurus Handgun, serial number ADC085229, and 15 rounds of ammunition in accordance with law.

Dated this 27th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge